**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Kristen K. TOLAND, Respondent.**

**No. 1052 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 25, 2006.

*O R D E R*

PER CURIAM:

AND NOW, this 25th day of July, 2006, upon consideration of the Recommendation of the Three–Member Panel of the Disciplinary Board dated May 16, 2006, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Kristen K. Toland is suspended on consent from the Bar of this Commonwealth for a period of one year and one day retroactive to November 6, 2005, and she shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Richard Kanoy DOTY, Respondent.**

**No. 1106 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 31, 2006.

*O R D E R*

PER CURIAM:

AND NOW, this 31st day of July, 2006, upon consideration of the Recommendation of the Three–Member Panel of the Disciplinary Board dated May 25, 2006, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Richard Kanoy Doty is suspended on consent from the Bar of this Commonwealth for a period of five years retroactive to April 27, 2006, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.